730 A.2d 959

**ROYAL BANK OF PENNSYLVANIA, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF
FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

May 25, 1999.

## *ORDER*

PER CURIAM:

AND NOW, this 25th day of May, 1999, the order of the Commonwealth Court affirming the order of the Board of Finance and Revenue is affirmed.

Justice NEWMAN did not participate in the consideration or decision of this case.